Dear Sir/Madam

I respectfully ask the court to please take into consideration, That this is my second complaint. I errored on my first complaint and it was dismissed without prejudice.



Yours truly

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

7005 3110 0000 0892 4071
CERTIFIED MAIL

Office of the Clerk
U.S. District Court
844 N. King St, Lockbox 18
Wilmington, Del 19801-3570