7-18-2007

Dear Sir/Madam,

07-445 (GMS)

    I just recently submitted a claim to the courts for the second time.

    My first complaint was dismissed without prejudice for failure to state a claim upon which relief may be granted. Civil No: 07-209-GMS.

    For future reference, is there a legal service department within the courts for Plaintiffs/Defendants to gain proper legal advice? Also, is there any lawyer referral services I may contact?

    I thank you in advance for any help.

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton N.J. 08320

Yours truly,

FILED
JUL 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



SOUTH JERSEY NJ 080

19 JUL 2007 PM 2 T

U.S.M.S. X-RAY

Clerk of Court
U.S. District court, Delaware
844 N King St. Lockbox 18
Wilmington Del 19801

Shaun Corbett
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320