OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 26, 2007

```
TO:   Shawn Wright
      Reg. 40987-050
      FCI - Fairton
      P.O. Box 420
      Fairton, NJ 08320
```

**RE:   Letter dated 7/20/07; 07-445(GMS)**

Dear Mr. Wright:

   The above referenced letter has been received by this office requesting assistance regarding locating a legal referral service.

   Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

```
                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK
```

cc:   The Honorable Gregory M. Sleet