IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN WRIGHT | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 07-445-GMS<br>) |
| JAMES E. LIGUORI | )<br>) |
| Defendant. | ) |

**AUTHORIZATION**

I, Shawn Writht, REG #40987050, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $58.99 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 26, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Aug. 7, 2007.

_____
Signature of Plaintiff

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

CERTIFIED MAIL

7003 3110 0003 4230 7211

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19801-3570