10-9-2007

RE: 07-445-GMS.

Dear Sir/Madam

My complaint was entered on 7/25/2007. Could you give me the status on my complaint? Wright vs. Liquori, Liquori, Morris + Yeingst.

I thank you in advance

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

Yours truly

*[signature]*

Chaion Wright
40997-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

10-9-07
Legal Mail

Clerk of the Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington DE 19801