10/23/2007

Dear Sir/Madam

07-445

The courts received a letter from me 10/10/2007 requesting the status of civil complaint 07-445 GMS.

Shortly after I received a MEMORANDUM dated 10/11/2007.

That Memorandum stated that my complaint was dismissed 10/11/2007.

10/17/2007 I call the courts to inquire about my case being dismissed and not receiving the order and reason for dismissal.

Today 10/23/2007 I have still not received the order.

I notice on the Memorandum the facility where i am an inmate, FCI-Fairton, has failed to send you my initial partial filing fee of 58.99.

If this is the reason for the dismissal, the courts should know that I have satisfied the courts in seeing that the process was taken care of.

1.) I signed the payment authorization on 8/7/2007.
2.) The Assessment order was sent to the business office here date 8/10/2007.
3.) 8/31/2007 I wrote the business office here at FCI Fairton explaining that the 58.99 has yet to be deducted from my account.

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

FILED
OCT 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Yours truly,
[signature]



SOUTH JERSEY NJ 080

24 OCT 2007 PM 5 L

Shawn Wortcutt
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

Office of the Clerk
United States District Court, Delaware
844 King Street, Lockbox 18
Wilmington, Delaware 19801

19801+3513

Legal Mail
10/23/2007