10/29/2007

RE: 07-445(GMS)

Dear Sir/Madam

    Attached is the letter and Docket Report you sent to me dated 10/11/2007.
    The Docket Report states that my case was dismissed 10/11/2007.
    I never received an <u>Order</u> telling me why my case was dismissed.
    I have spoken with a court clerk and I sent a letter last week inquiring about the dismissal.
    Without the <u>Order</u> I can not move forward with this complaint.



FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Yours truly

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 11, 2007

TO:

**Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320

      RE:   Letter Dated 10/9/07 Requesting Status
            <u>Wright v. Liquori</u>, CA 07-445 GMS

Dear Mr. Wright:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                    Sincerely,

/rc

                                    PETER T. DALLEO
                                    CLERK

cc: The Honorable Gregory M. Sleet
enc: Docket Sheet

CLOSED, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00445-GMS
### Internal Use Only

| | |
|---|---|
| Wright v. Liguori | Date Filed: 07/17/2007 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 10/11/2007 |
| Demand: $1,000,000 | Jury Demand: None |
| Related Cases: 1:04-cv-00854-GMS | Nature of Suit: 550 Prisoner: Civil Rights |
| 1:07-cv-00209-GMS | |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Shawn Wright**  represented by  **Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320
PRO SE

V.

**Defendant**

**James E. Liguori**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2007 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Shawn Wright. (Attachments: # 1 Financial Statement)(els) (Entered: 07/19/2007) |
| 07/17/2007 | 2 | COMPLAINT filed pursuant to 42:1983 against James E. Liguori - filed by Shawn Wright.(els) (Entered: 07/19/2007) |
| 07/17/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 07/19/2007) |
| 07/17/2007 | 4 | Letter to Clerk from Shawn Wright regarding filing complaint - re 2 Complaint. (els) (Entered: 07/19/2007) |
| 07/17/2007 |  | USM 285 forms received for the following defendant: James E. Liguori (els) (Entered: 07/19/2007) |
| 07/20/2007 | 5 | Letter to Clerk of Court from Shawn Wright regarding request for legal advice. (mmm) (Entered: 07/24/2007) |
| 07/25/2007 |  | Case assigned to Judge Gregory M. Sleet. Please include the initials of |

| | | |
|---|---|---|
| | | the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 07/25/2007) |
| 07/26/2007 | 6 | Letter to Shawn Wright from Clerk of Court regarding request for legal advice - re 5 Letter. (mmm) (Entered: 07/26/2007) |
| 07/26/2007 | 7 | ORDER granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $58.99 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.). Notice of Compliance deadline set for 8/30/2007. Signed by Judge Gregory M. Sleet on 7/26/07. (mmm) (Entered: 07/26/2007) |
| 08/10/2007 | 8 | Authorization by Shawn Wright requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 08/10/2007) |
| 10/10/2007 | | Partial Filing Fee Received from Shawn Wright: $ 23.52, receipt number 149142 (copy of receipt/report to business office). (rbe) (Entered: 10/10/2007) |
| 10/10/2007 | 9 | Letter to Clerk of Court from Shawn Wright regarding request for status. (mmm) (Entered: 10/10/2007) |
| 10/11/2007 | 10 | MEMORANDUM AND ORDER DISMISSING CASE (copy to pltf.) (CASE CLOSED). Signed by Judge Gregory M. Sleet on 10/11/07. (mmm) (Entered: 10/11/2007) |