Case 1:07-cv-00445-GMS    Document 13    Filed 01/03/2008    Page 1 of 2

07-209 (GMS)  
07-445 (GMS)  

12-29-2007

FILED  
JAN 03 2008  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Dear Sir/Madam

BP scanned

I've been paying balances on filing fees for two civil actions complaints. 07-209 and 07-445.

It appears that you are still billing and accepting payment for Civil Action 07-209.

The balance on that filing fee should have been satisfied in or around October 2007.

Could you please give me a statement of the balances for both accounts?

I thank you in advance for your help.

Shawn Wright  
40987-050  
FCI-Fairton  
P.O. Box 420  
Fairton NJ 08320

Yours Truly,  
[signature]



Shaun Worfeutt
40982-050
FCI Fairton
P.O. Box 420
Fairton NJ 08320

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington DE 19801-3570

19801+3570